In the Matter of the Claim of JOHN REIDY, Appellant, v. HERMAN H. SCHWARTZ, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.